UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **RINGLING BROTHERS AND BARNUM & BAILEY CIRCUS,** *et al.*, <br><br> **Defendants.** | Civil Action No. 03-2006  (EGS/JMF) |

ORDER

In accordance with the accompanying Memorandum Opinion, it is, hereby, **ORDERED** that the remaining issues in Plaintiffs' Motion to Compel Defendants' Compliance with Plaintiffs' Discovery Requests [#27], as stated in the parties' Joint Status Report Concerning Discovery [#47] are **GRANTED in part** and **DENIED in part**.

SO ORDERED.

_____
JOHN M. FACCIOLA
UNITED STATED MAGISTRATE JUDGE

Dated: