**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, et al., | : | |
| | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Case No. 03-2006 (EGS/JMF) |
| | : | |
| RINGLING BROS. AND BARNUM & BAILEY CIRCUS, et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

**MOTION TO COMPEL DOCUMENTS SUBPOENAED FROM THE**
**WILDLIFE ADVOCACY PROJECT AND MEMORANDUM OF POINTS**
**AND AUTHORITIES IN SUPPORT THEREOF**

# EXHIBIT 22

November 25, 2003


Eric Glitzenstein
President
Wildlife Advocacy Project
1601 Connecticut Ave., N.W.
Suite 700
Washington, DC 20009

RE: Ringling Brothers lawsuit

Dear Mr. Glitzenstein:

I would like to request a grant in the amount of $200.00 to allow me to continue my efforts to educate the public about Ringling Brothers' mistreatment of Asian elephants.

Thank you.

Sincerely,

Tom Rider