UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, et al., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Case No. 03-2006 (EGS/JMF) |
| RINGLING BROS. AND BARNUM & BAILEY CIRCUS, et al., | : : : | |
| Defendants. | : : | |

# EXHIBIT F

# TO

# DEFENDANT FELD ENTERTAINMENT, INC.'S MOTION TO COMPEL TESTIMONY OF PLAINTIFF TOM EUGENE RIDER AND FOR COSTS AND FEES

## INFORMATION RELEASABLE UNDER THE FREEDOM OF INFORMATION ACT

WE ARE PROVIDING THE RELEASABLE MILITARY SERVICE INFORMATION BELOW, BASED ON RESTRICTIONS IMPOSED BY THE MILITARY SERVICES CONSISTENT WITH DEPARTMENT OF DEFENSE REGULATIONS AND THE PROVISIONS OF THE FREEDOM OF INFORMATION ACT AND THE PRIVACY ACT OF 1974. ANY ITEM MARKED "NA" DENOTES THAT THE INFORMATION IS NOT AVAILABLE IN THE RECORDS HELD BY THIS CENTER. RELEASABLE INFORMATION WILL BE TRANSCRIBED, PHOTOCOPIED, OR A COMBINATION OF BOTH, IN ORDER TO COMPLY WITH YOUR REQUEST.

Name: RIDER, TOM EUGENE

Serial/Service Number(s): RA 16-968-382    Date of birth: 27 OCT 50

Dates of service: 10/31/67 - 7/25/68   7/26/68 - 10/1/71

City/state of residence, date of address: ASHEVILLE, NC   1977

Dependents: NONE

Duty status: DISCHARGED    Marital Status: SINGLE

Rank/grade: PFC    Salary: N/A

Assignments & geographical locations: See attached

Education level: Military: Light Vehicle Driver's Course, Code of Conduct

Education level: Civilian: 2 yrs High School

Decorations & awards: National Defense Service Medal, Sharpshooter Badge M-14

Transcript of court martial/trial: N/A    Photograph: copy attached

Place of: Entry: Chicago, IL

Place of: Separation: FT. Leonard Wood, MO

IF THE PERSON NAMED ABOVE IS DECEASED, THE FOLLOWING ITEMS ALSO MAY BE RELEASED.

Place of birth: ___

Last known street address: ___

Date and location of death: ___

Place of burial: ___

☐ The record needed to answer your inquiry is not in our files. If the record were here on July 12, 1973, it would have been in the area which suffered the most damage in the fire and may have been destroyed. The information listed above was obtained from alternate record sources.

Date: 4/17/00

For the Chief,
☒ Army Reference Branch
☐ Air Force Reference Branch
☐ Navy Reference Branch
☐ Records Reconstruction Branch

NATIONAL PERSONNEL RECORDS CENTER
(Military Personnel Records)
9700 Page Avenue
St. Louis, MO 63132-5100

NATIONAL ARCHIVES AND RECORDS ADMINISTRATION    NA 13164 (4-99)

| EFFECTIVE DATE | DUTY MOS | PRINCIPAL DUTY | ORGANIZATION AND STATION OR ZIP CODE | |
|---|---|---|---|---|
| 1Nov67 | | | | |
| 6Dec67 | | | | |
| [illegible] | | | | |
| 2Mar68 | | | | |
| 2[illegible]68 | | [illegible] | [illegible] | |
| 21Jun68 | | [illegible] | Berwis [illegible] USAREUR | |
| 12Jul68 | | Lt Veh Dr | 590th Trans Co USAREUR | |
| 27Jul68 | | Lt Veh Dr | 590th Trans Co USAREUR | |
| 4Sep68 | | Lt Truck Driver | [illegible] | |
| 7Sep68 | | Dropped From Rolls | 590th Trans Co USAREUR | |
| 16Mar69 | | Light Truck Driver | 590th Trans Co USAREUR | |
| 18Apr69 | | Confinement | USAREUR/US Forces,Baden/Württemberg,StraPO 09028 | |
| 24Apr69 | | Light Truck Driver | 590th TRANS Co USAREUR | |
| 8Jul69 | | Light Truck Driver | 590th TRANS Co USAREUR | |
| 9Jul69 | | Dropped From Rolls-Deserter | | |
| 6Aug70 | | Sent Prisoner | CHD, USATC Engr & Ft Leonard Wood, Mo | |
| 21Dec70 | | Lt Veh Driver | CoC,HqsComd,Ft Leonard Wood, Mo | |
| 4Feb71 | | Lt Veh Driver | CoC,HqsComd,Ft Leonard Wood, Mo | |
| 6Mar71 | | Dropped From Rolls-Deserter | | |
| 23Jul71 | | Duty Soldier | HQ B USAPCF HQ COMD FLW MO | |