**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMERICAN SOCIETY FOR THE PREVENTION OF CRUELTY TO ANIMALS, *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. Action No. 03-2006 (EGS) |
| FELD ENTERTAINMENT, INC., | ) ) ) | |
| Defendant. | ) ) | |

**ORDER AND JUDGMENT**

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby enters judgment for defendant Feld Entertainment, Inc.

**SO ORDERED.**

**Signed:**   **Emmet G. Sullivan**
         **United States District Judge**
         **December 30, 2009**