UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANIMAL WELFARE INSTITUTE *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FELD ENTERTAINMENT, INC., <br><br> Defendant. | No. 03-2006 <br><br> **[PROPOSED] ORDER** |

Now, on consideration of the motion of former party the American Society for the Prevention of Cruelty to Animals, it is hereby **ORDERED** that the American Society for the Prevention of Cruelty to Animals be removed from the case caption.

Dated: February __, 2013

_____
Hon. Emmet G. Sullivan
United States District Judge

5908882v.1