**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                   )
ANIMAL WELFARE INSTITUTE,          )
et al.,                            )
                                   )
            Plaintiffs,            )
                                   )  Case No. 03-2006 (EGS/JMF)
       v.                          )
                                   )
                                   )
FELD ENTERTAINMENT, INC.           )
                                   )
            Defendant.             )
_____)

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion filed on this day, it is hereby

**ORDERED** that defendant's motion for attorneys' fees against all plaintiffs in this action jointly and severally is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiffs' counsel Katherine Meyer and Meyer, Glitzenstein & Crystal are jointly and severally liable for FEI's attorneys' fees incurred in litigating the portion of its Motion to Compel (ECF No. 101) which sought information about Tom Rider's financial relationship with animal rights advocates; and it is

**FURTHER ORDERED** that, in light of the Court's decision that FEI's motion for fees as relates to non-party Humane Society of the United States ("HSUS") is denied, HSUS's Motion to Strike is **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that the parties shall file a joint status report, including a recommendation for further proceedings, by no later than April 15, 2013.

   SO ORDERED.

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            March 29, 2013**