UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANIMAL WELFARE INSTITUTE, <u>et al.</u>,<br><br>Plaintiffs,<br><br>v.<br><br>FELD ENTERTAINMENT, INC.,<br><br>Defendant. | Case No: 03-2006 (EGS/JMF) |

**DEFENDANT FELD ENTERTAINMENT, INC.'S PETITION FOR
ATTORNEYS' AND EXPERT WITNESS FEES**

# JOHN SIMPSON DECLARATION

# EXHIBIT 1

# (JS, Ex. 1)

Lodestar Calculation as to Timekeepers with 100 or More Billed Hours: December 1, 2005 through March 31, 2013
"Current Timekeepers:" Timekeepers (Current and Former) with Standard Rates for 2012
"Former Timekeepers:" Timekeepers No Longer with the Firm with No Standard Rates for 2012

| ID | Timekeeper Name | Title | Employment Terminated | Hours Billed | Hours Excluded | Billed Hours Net of Exclusions | Current (2012) Rate | Value of Net Billed Hours At Current Rate |
|---|---|---|---|---|---|---|---|---|
| 00431 | Simpson, John M. | Partner | Current | 7,572.70 | 462.50 | 7,110.20 | 825.00 | 5,865,915.00 |
| 09067 | Pardo, Michelle C. | Partner | Current | 6,908.75 | 680.10 | 6,228.65 | 645.00 | 4,017,479.25 |
| 13761 | Petteway, Kara Lynn | Sr Associate | Current | 5,441.35 | 38.00 | 5,403.35 | 500.00 | 2,701,675.00 |
| 00377 | Small, Joseph T. | Retired Partner/Of Counsel | Current | 2,292.25 | 1,248.75 | 1,043.50 | 885.00 | 923,497.50 |
| 13241 | Jackson, Pamela Jean | Sr Paralegal | Current | 1,061.29 | 30.25 | 1,031.04 | 225.00 | 231,984.00 |
| 12640 | Hanson, Andre Timothy | Sr Counsel | Current | 1,005.50 | 8.75 | 996.75 | 510.00 | 508,342.50 |
| 12157 | Fritz, Mary | Spcl Consultant | Current | 808.00 | 45.25 | 762.75 | 550.00 | 419,512.50 |
| 14572 | Bazan, Rebecca Eileen | Associate | Current | 645.50 | 6.00 | 639.50 | 340.00 | 217,430.00 |
| 12414 | Emery, Mark Thomas | Sr Associate | Current | 362.35 | 0.00 | 362.35 | 500.00 | 181,175.00 |
| 13673 | Franklin, Jonathan S. | Partner | Current | 214.15 | 0.00 | 214.15 | 825.00 | 176,673.75 |
| 13992 | Batchelor, John Casey | Associate | Current | 133.25 | 0.00 | 133.25 | 375.00 | 49,968.75 |
| 13603 | Coleman, Jesse Maughan | Sr Associate | Current | 118.00 | 0.00 | 118.00 | 400.00 | 47,200.00 |
| 14508 | DeMarco, Tracy Nicole Stewart | Associate | Current | 103.25 | 0.00 | 103.25 | 340.00 | 35,105.00 |
| 05060 | Shea, Lance L. | Former Partner | 04/05/13 | 3,229.50 | 57.88 | 3,171.62 | 745.00 | 2,362,856.90 |
| 09947 | Hardin, Julie Alleen | Former Partner | 03/18/13 | 471.00 | 1.50 | 469.50 | 535.00 | 251,182.50 |
| | Total Current Timekeepers | | | | | | | 17,989,997.65 |

| ID | Timekeeper Name | Title | Employment Terminated | Fees Billed | Billed Value of Excluded Amounts | Billed Fees Net of Exclusions |
|---|---|---|---|---|---|---|
| 14199 | Breckenridge, Tillman James | Sr Associate | 06/30/11 | 40,341.86 | 0.00 | 40,341.86 |
| 13558 | Jensen, Mark L. | Associate | 04/15/11 | 19,308.91 | 317.86 | 18,991.05 |
| 11378 | Nearhoof, Heather Ann | Prac Support | 04/08/11 | 32,885.88 | 0.00 | 32,885.88 |
| 11448 | Scheinkman, Rena S. | Sr Associate | 10/01/10 | 30,657.94 | 1,755.00 | 28,902.94 |
| 12704 | Seuell, Ashley Elizabeth | Sr Associate | 09/27/10 | 206,463.62 | 8,428.94 | 198,034.68 |
| 12723 | Gainey, Shameka L. | Associate | 03/31/10 | 112,201.66 | 9,275.53 | 102,926.13 |
| 01632 | McGovern, Kristin Lee | Sr Associate | 03/31/10 | 58,482.20 | 1,906.40 | 56,575.80 |
| 01880 | Joiner, Lisa Zeiler | Partner | 03/05/10 | 2,720,550.12 | 76,282.14 | 2,644,267.98 |
| 11904 | Simon, Joel C. | Associate | 01/07/10 | 88,677.00 | 1,077.74 | 87,599.26 |
| 14632 | Fuller, Patrick Denis | Paralegal | 09/04/09 | 115,203.40 | 163.78 | 115,039.62 |
| 13351 | Thompson, Chad Allen | Summ Associate | 08/07/09 | 133,577.76 | 495.08 | 133,082.68 |
| 11409 | Gasper, George Andrew | Sr Associate | 08/01/08 | 716,350.60 | 6,243.26 | 710,107.34 |
| 01092 | Hartman, Joseph Edward | Sr Associate | 04/02/08 | 231,540.78 | 76.62 | 231,464.16 |
| 11924 | Warlick, Sarah Elizabeth | Associate | 01/11/08 | 252,039.64 | 12,213.43 | 239,826.21 |
| | Total Former Timekeepers | | | | | 4,640,045.59 |
| | **Total Lodestar Amount Claimed (Fulbright & Jaworski LLP)** | | | | | **22,630,043.24** |