**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ANIMAL WELFARE INSTITUTE, <u>et al.</u>,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 03-2006 (EGS/JMF)** |
| | ) | |
| **FELD ENTERTAINMENT, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

<u>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**</u>

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiffs the Animal Welfare Institute, the Fund For Animals, Tracie Rider, substituted under Fed. R. Civ. P. 25(a)(1) by Court Order of April 28, 2014 for decedent Thomas Eugene Rider, and Born Free USA United with Animal Protection Institute (collectively "Plaintiffs") and Defendant Feld Entertainment, Inc. ("FEI") (hereinafter the "Parties"), through their attorneys where applicable, submit this Stipulation of Dismissal with Prejudice of Plaintiffs' claims against FEI, and FEI's claims against Plaintiffs, any of their counsel of record against whom FEI has asserted a claim, and the Humane Society of the United States ("HSUS"), and request that the Court enter an order of dismissal of this case and retain jurisdiction over the Parties' Settlement Agreement and Release.  In support thereof, the Parties state as follows:

1.      The Parties have entered into a Settlement Agreement and Release with respect to all claims asserted in this action by Plaintiffs against FEI and by FEI against Plaintiffs, any of their counsel of record against whom FEI has asserted a claim, and HSUS, which reflects a settlement that the Parties believe is in their respective best interests.

2.      This Stipulation of Dismissal with Prejudice is made in accordance with the terms of the Settlement Agreement and Release executed by the Parties, which will be incorporated by reference into the Order sought herein.

3.      As part of the Settlement Agreement and Release, the Parties agreed to request that the Court retain jurisdiction to enforce the terms of the Settlement Agreement and Release. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381 (1994).

4.      The Parties each are to bear their own costs associated with this Stipulation of Dismissal with Prejudice.

WHEREFORE, the Parties respectfully request that this Court enter an Order as follows:

(1) Plaintiffs' claims against FEI and FEI's claims against Plaintiffs, any of their counsel of record against whom FEI has asserted a claim, and HSUS, are dismissed with prejudice; and

(2) The above-captioned matter is dismissed in its entirety with prejudice; and

(3) Jurisdiction over the Settlement Agreement and Release, which is incorporated by reference, is retained by the United States District Court for the District of Columbia.

Dated:  May 15, 2014

/s/
_____

John M. Simpson (D.C. Bar #256412)
john.simpson@nortonrosefulbright.com
Michelle C. Pardo (D.C. Bar #456004)
michelle.pardo@nortonrosefulbright.com
Kara L. Petteway (D.C. Bar #975541)
kara.petteway@nortonrosefulbright.com
Rebecca E. Bazan (D.C. Bar #994246)
rebecca.bazan@nortonrosefulbright.com

FULBRIGHT & JAWORSKI LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2623
Telephone: (202) 662-0200

*Counsel for Defendant Feld Entertainment, Inc.*

/s/
_____

Bernard J. DiMuro (D.C. Bar #393020)
bdimuro@dimuro.com
Nina J. Ginsberg (D.C. Bar #251496)
nginsberg@dimuro.com
Stephen L. Neal, Jr. (D.C. Bar #441405)
sneal@dimuro.com
Andrea L. Moseley (D.C. Bar #502504)
amoseley@dimuro.com
M. Jarrad Wright (D.C. Bar #493727)
mjwright@dismuro.com

DIMUROGINSBERG, P.C.
1101 King Street, Suite 610
Alexandria, Virginia 22314
Telephone: (703) 684-4333

*Counsel for Plaintiff Animal Welfare Institute*

/s/
_____

Roger E. Zuckerman (D.C. Bar #134346)
rzuckerman@zuckerman.com
Andrew Caridas (D.C. Bar #1005512)
acaridas@zuckerman.com

ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036-1802
Telephone: (202) 778-1800

and

Logan D. Smith (D.C. Bar #474314)
logan@alexandersmithlaw.com

ALEXANDER SMITH, LTD.
3525 Del Mar Heights Road, #766
San Diego, CA 92130
Telephone: (858) 444-0480

*Counsel for Plaintiff Fund for Animals*

_____

Tracie Rider on behalf of the estate of Thomas
Eugene Rider

/s/

David H. Dickieson (D.C. Bar #321778)
ddickieson@schertlerlaw.com
Robert J. Spagnoletti (D.C. Bar #446462)
rspagnoletti@schertlerlaw.com

SCHERTLER & ONORATO, LLP
575 7th Street, N.W., Suite 300 South
North Building, 9th Floor
Washington, D.C. 20004
Telephone: (202) 824-1222

*Counsel for Plaintiff Born Free USA*

/s/

Stephen L. Braga (D.C. Bar #366727)
slbraga@msn.com
Kathleen M. Braga (D.C. Bar #418830)
bragalaw@gmail.com

LAW OFFICE OF STEPHEN L. BRAGA, LLC
3079 Woods Cove Lane
Woodbridge, Virginia 22192
Telephone: (703) 623-2180

*Counsel for Meyer Glitzenstein & Crystal and
Katherine A. Meyer*

**SO ORDERED**.

_____        Dated: _____
Emmet G. Sullivan
United States District Judge